UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| BRADLEY N. BROUGHTON, SR., | ) | No. CV 10-2492 SJO (FFM) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| DOMINGO URIBE, JR., WARDEN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition is dismissed with prejudice.

DATED: May 5, 2011

S. JAMES OTERO
United States District Judge